IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| Cassandra Phillips, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-5010-CV-SW-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# O R D E R

On May 1, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed August 30, 2012, [Doc. 9] and the *Brief For Defendant*, filed November 13, 2012, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the May 1, 2013 oral argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on May 1, 2013. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

    */s/ John T. Maughmer*
    **JOHN T. MAUGHMER**
    **U. S. MAGISTRATE JUDGE**