IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Cassandra Phillips, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-5010-CV-SW-JTM ) |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed August 5, 2013 [Doc. 19]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access To Justice Act*, filed August 5, 2013 [Doc. 19] is **GRANTED**. Accordingly, plaintiff is awarded fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, in the amount of $5,061.19

                                                */s/ John T. Maughmer*
                                                   John T. Maughmer
                                          United States Magistrate Judge